# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| AARON B. LACKEY, | : | No. 75 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JUDGE RICHARD A. LEWIS, CLERK | : | |
| DALE E. KLEIN, OFFICIAL COURT | : | |
| REPORTER KASSANDRA L. | : | |
| MCPHERSON, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Application for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the judge's name from the caption.